FILED

2020 MAR 23 P 12: 38

U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____DEPT CLERK

___Jahmal___ )

___Kenyatta___ )

___Tory___ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

___Sarah Morgan; Brendan Delorer;___ )

___Shane Ezell; Jamie Ketner;___ )

___April Farmer.___ )
(Enter above the NAME of each
defendant in this action.) )

3:20mc18
Reeves/Poplin

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B.    If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

        Plaintiffs: ___NONE___

        Defendants: ___NONE___

1

2. COURT: (If federal court, name the district; if state court, name the county):

NONE

3. DOCKET NUMBER: NONE

4. Name of Judge to whom case was assigned: NONE

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) NONE

6. Approximate date of filing lawsuit: NONE

7. Approximate date of disposition: NONE

II. PLACE OF PRESENT CONFINEMENT: Irwin County Detention Center

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (X)

C. If your answer is YES,

    1. What steps did you take? NONE

    2. What was the result? NONE

D. If your answer to B is NO, explain why not. Due to the facts that the current facility was not the party/parties in question

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (X)

F. If your answer is YES,

    1. What steps did you take? NONE

2

2.   What was the result? NONE

III.   PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A.   Name of plaintiff: Jahmal Kenyatta Tory

Present address: 132 Cotton Drive Ocilla, GA 31774

Permanent home address: 3702 Speedway Circle Knoxville, TN 37914

Address of nearest relative: 3702 Speedway Circle Knoxville, TN 37914

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B.   Defendant: Sara Morgan #2005

Official position: Investigator, #2005

Place of employment: Knoxville, Tennessee Police Dept.

C.   Additional defendants: Brendan Reboer #609, 9th Judicial Drug Task Force; Shane Ezell 9th Judicial Drug Task Force; Jamie Ketner 9th Judicial Drug Task Force #D918

IV.   STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Summary of Facts in this case are as follows;
(1) According to the statement of facts against

3

myself, alleged by the affiant in an affidavit. The duly sworn deposition provided by Investigator Sara Morgan KPD# 2005 in this case as grounds to pull a search warrant are to be considered predatory actions toward me. Reasons provided were evasive at best, partially fabricated by the epicured entrants. No where in the warrant was there any provisions of pristine or solid evidence. The affiant prevaricated about locations of evidence obtained to be used and allowed to procure a warrant. This is the initial action taken while entirely violating my civil and constitutional rights in the spectrum of manners that has transpired pertaining to the case in question are as follows;
(a) predatory actions via officials of law enforcement
(b) unlawful misconduct by law enforcement and other officials,
(c) illegal search and seizure
(D) Forgery
(E) perjury
In the enclosed evidence provided in this packet it will display a corroboration of the parties listed to injure my person with prejudice; Det. Brendan Deboer Badge # 6D9 9th Judicial Drug Task Force; Det. Shane Ezell 9th Judicial Drug Task Force; Det. Jamie Ketner (cont.)

4

Badge # D918 9th Judicial Drug Task Force; Inv. Sara Morgan Badge # 2005 of the Appalachain High Intensity Traffiking area Drug Related Death Task Force within Criminal Investigation Division Organized Crime Unit, Knoxville Police Dept.

These are the persons directly involved in the acts against my person that I have and continue to be made to endure.

4



page 1 of 4

# EXIBIT

you can clearly see the dumpster in the background of the picture behind the plastic bags. There is not a dumpster located at 4814 Coster Rc

This Exibit proves that the trash pull wasn't done at 4814 Coster Rd.



# EXIBIT #2

You can clearly see the dumpster in the background behind the bag the investigator is holding. There is not a dumpter located at 4814 Coster Rd.

This Exibit proves that the trash pull wasn't done at 4814 Coster Rd.

# EXIBIT (#3)

You can clearly see the dumpsters logo in the background of the picture. There is not a dumpster located at 4814 Coster Rd.

This Exibit proves that the trash pull wasn't done at 4814 Coster Rd.



page 4 of 4

EXIBIT (# 4)

you can see the trash bag is leaning
against the dumpster. There is no dumpster
located at 4814 Coster Rd.

This Exibit proves that the trash pull
wasn't done at 4814 Coster Rd.

# BEFORE A GENERAL SESSIONS COURT
## MAGISTRATE OF KNOX COUNTY TENNESSEE

## SEARCH WARRANT AND SUPPORTING AFFIDAVIT

_JAMIE KITES, JAHMAR TORES KENNETH JAMES, 4814 COSTER RD_
_Name of person of object of the search_

Issued Date: _O 3 22 19_

Requesting Officer: _INV. SARA MORGAN, KPD_
(Please print name and agency)

Check the appropriate box:

☐ Chief Magistrate Christopher E. Rowe

☐ Magistrate Robert A. Cole

☑ Magistrate Ray H. Jenkins

☐ Magistrate Sharon Frankenberg

☐ Magistrate Dustin S. Dunham

Law Enforcement Officer Making Return:

Date/Time: _03 27 19    0956_

Signature: _____ 2005

Signature: _SARA MORGAN, KPD, # 2005_
(Please print name and agency)

Deputy Court Clerk Accepting Custody:

Date/Time: _03 27 19    0956 hrs_

Signature: _Tyler Koger_

Signature: _Tyler Koger_
(Please print)

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

IN THE GENERAL SESSIONS COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR KNOX COUNTY, TENNESSEE,

*STATE OF TENNESSEE)*
*COUNTY OF KNOX)*

INVESTIGATOR SARA MORGAN OF THE KNOXVILLE, TENNESSEE POLICE DEPARTMENT HAS THIS DAY PERSONALLY APPEARED BEFORE ME;

MAGISTRATE/JUDGE, GENERAL SESSIONS COURT, DIVISION ___*H*___, KNOX COUNTY, TENNESSEE,

DEPOSES AND SAYS THAT SHE BELIEVES AND HAS GOOD REASON TO BELIEVE THAT A CERTAIN RESIDENCE LOCATED IN KNOX COUNTY, TENNESSEE, IS BEING USED BY PERSONS IN VIOLATION OF THE LAWS OF THE STATE OF TENNESSEE. THE RESIDENCE DESIRED TO BE SEARCHED IS DESCRIBED AS FOLLOWS, TO-WIT:
4814 COSTER ROAD, KNOXVILLE, KNOX COUNTY, TN;

FURTHER DESCRIBED AS A SINGLE FAMILY RESIDENCE, LOCATED IN NORTHWEST KNOXVILLE, KNOX COUNTY, TN. 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN IS A SINGLE LEVEL DWELLING WITH GREY SIDING WITH WHITE TRIM ON SOME OF THE AREAS OF THE RESIDENCE. THE FRONT MAIN ENTRY DOOR IS LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE AND IS WHITE IN COLOR WITH WHITE TRIM. THERE IS A SMALL WINDOW IN THE MAIN ENTRY DOOR LOCATED IN THE TOP PORTION OF THE DOOR. THERE IS WHAT APPEARS TO BE A METAL SECURITY DOOR THAT IS WHITE IN COLOR COVERING THE FRONT MAIN ENTRY DOOR. THERE IS A LIGHT LOCATED TO THE LEFT OF THE SECURITY DOOR THAT IS WHITE IN COLOR. THERE ARE THREE WINDOWS WITH GREY AND WHITE TRIM LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE TO THE LEFT OF THE LIGHT LOCATED TO THE LEFT OF THE FRONT MAIN ENTRY DOOR. THERE IS A WINDOW GREY AND WHITE TRIM LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE TO THE RIGHT OF THE FRONT MAIN ENTRY DOOR. THERE IS A GARAGE DOOR LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE TO THE RIGHT OF THE WINDOW LOCATED TO THE RIGHT OF THE FRONT MAIN ENTRY DOOR. THE GARAGE DOOR IS WHITE IN COLOR WITH WHITE TRIM. THERE IS A LIGHT THAT IS WHITE IN COLOR AFFIXED TO THE SOUTHWEST SIDE OF THE RESIDENCE ABOVE THE GARAGE DOOR. THE FRONT PORCH IS LOCATED BENEATH THE FRONT MAIN ENTRY DOOR AND APPEARS TO BE CONCRETE AND GREY IN COLOR. THE FRONT PORCH IS ACCESSED BY TWO STEPS FROM A WALKWAY THAT LEADS FROM THE DRIVEWAY. THE DRIVEWAY IS LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE BETWEEN COSTER ROAD AND THE GARAGE DOOR. THE

DRIVEWAY APPEARS TO BE COMPRISED OF GRAVEL. THE FRONT (SOUTHWEST) OF THE RESIDENCE AND FRONT (SOUTHWEST) OF THE PROPERTY OF 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN IS SURROUNDED BY A CHAIN-LINK FENCE. THE CHAIN-LINK FENCE HAS TWO LARGE GATES THAT ALLOWS ACCESS TO THE DRIVEWAY OF THE RESIDENCE AND TO THE PROPERTY OF THE RESIDENCE.



DRIVING DIRECTIONS:
TO TRAVEL TO 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN FROM DOWNTOWN KNOXVILLE, TRAVEL NORTH ON I-275 FROM I-40 AND CONTINUE NORTH I-275 AND I-275 BECOMES I-75. TRAVEL NORTH ON I-75 TO THE MERCHANTS DRIVE EXIT. TAKE THE MERCHANTS DRIVE EXIT AND TURN RIGHT (NORTHEAST) ON MERCHANTS DRIVE. TRAVEL NORTHEAST ON MERCHANTS DRIVE AND MERCHANTS DRIVE BECOMES CEDAR LANE. TRAVEL NORTHEAST ON CEDAR LANE TO ROWAN ROAD. TURN RIGHT (SOUTHEAST) ON ROWAN ROAD AND TRAVEL SOUTHEAST TO HIGHLAND DRIVE. TURN RIGHT (SOUTHWEST) ON HIGHLAND DRIVE AND TRAVEL SOUTHWEST ON HIGHLAND DRIVE TO COSTER ROAD. TURN LEFT (SOUTHEAST) ON COSTER ROAD AND 4814 COSTER ROAD IS THE SECOND RESIDENCE ON THE LEFT (NORTHEAST) SIDE OF COSTER ROAD FROM HIGHLAND DRIVE.



THIS IS A COMPLETE DESCRIPTION OF THE RESIDENCE DESIRED TO BE SEARCHED, BEING UNDER THE CONTROL OF:

*KENNETH JAMES (ALIAS), JAHMAL TORY (ALIAS), AND JAMIE KITTS (ALAIS)*

AND THERE IS REASON TO BELIEVE THAT THERE IS NOW BEING KEPT ON THE ABOVE DESCRIBED PREMISES CERTAIN PROPERTY, NAMELY QUANTITIES OF **METHAMPHETAMINE**, A SCHEDULE II CONTROLLED SUBSTANCE, WHICH IS OR HAS BEEN USED AS A MEANS OF COMMITTING VIOLATIONS OF TENNESSEE CODE ANNOTATED **39-17-417**, AND **39-12-103** THAT IS, POSSESSION OF A CONTROLLED SUBSTANCE, TO-WIT: **METHAMPHETAMINE**, A SCHEDULE II CONTROLLED SUBSTANCE WITH INTENT TO MANUFACTURE, DELIVER OR SELL SAID CONTROLLED SUBSTANCE, AND CRIMINAL CONSPIRACY.

page # 17 of 12

IN THE GENERAL SESSIONS COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR KNOX COUNTY, TENNESSEE

*STATE OF TENNESSEE)*

*COUNTY OF KNOX)*

IN THE STATE OF TENNESSEE, TO ALL AND SINGULAR:

THE SHERIFF OF KNOX COUNTY, TENNESSEE, AND HIS LAWFUL DEPUTIES AND ALL POLICE OFFICERS IN KNOXVILLE, KNOX COUNTY, TENNESSEE, TO-WIT:

**INVESTIGATOR SARA MORGAN OF THE KNOXVILLE, TENNESSEE POLICE DEPARTMENT** HAS THIS DAY PERSONALLY APPEARED BEFORE ME; *Kay H Jenkins*

MAGISTRATE/JUDGE, GENERAL SESSIONS COURT, DIVISION ___A___, KNOX COUNTY, TENNESSEE, AND HAS PRESENTED IN WRITING AN AFFIDAVIT WHICH WAS SWORN TO UNDER OATH AND AFFIRMATION AND INCORPORATED BY REFERENCE HEREIN.

WHEREAS, SAID FACTS MADE KNOWN TO ME AND CONSIDERED BY ME HAVE CAUSED ME TO CERTIFY AND FIND THAT THE FACTS SET FORTH IN SAID AFFIDAVIT SHOW AND CONSTITUTE PROBABLE CAUSE FOR THE ISSUANCE OF THIS WARRANT, AND THE COURT BEING SATISFIED OF THE EXISTENCE OF SAID GROUNDS SET FORTH IN THE AFFIDAVIT, AND THAT THE LAWS OF THE STATE OF TENNESSEE HAVE BEEN AND ARE BEING VIOLATED WITHIN A RESIDENCE:

**4814 COSTER ROAD, KNOXVILLE, KNOX COUNTY, TN;**

FURTHER DESCRIBED AS A SINGLE FAMILY RESIDENCE, LOCATED IN NORTHWEST KNOXVILLE, KNOX COUNTY, TN. 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN IS A SINGLE LEVEL DWELLING WITH GREY SIDING WITH WHITE TRIM ON SOME OF THE AREAS OF THE RESIDENCE. THE FRONT MAIN ENTRY DOOR IS LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE AND IS WHITE IN COLOR WITH WHITE TRIM. THERE IS A SMALL WINDOW IN THE MAIN ENTRY DOOR LOCATED IN THE TOP PORTION OF THE DOOR. THERE IS WHAT APPEARS TO BE A METAL SECURITY DOOR THAT IS WHITE IN COLOR COVERING THE FRONT MAIN ENTRY DOOR. THERE IS A LIGHT LOCATED TO THE LEFT OF THE SECURITY DOOR THAT IS WHITE IN COLOR. THERE ARE THREE WINDOWS WITH GREY AND WHITE TRIM LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE TO THE LEFT OF THE LIGHT LOCATED TO THE LEFT OF THE FRONT MAIN ENTRY DOOR. THERE IS A WINDOW GREY AND WHITE TRIM LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE TO THE RIGHT OF THE FRONT MAIN ENTRY DOOR. THERE IS A GARAGE DOOR LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE TO THE RIGHT OF THE WINDOW LOCATED TO THE RIGHT OF THE FRONT MAIN ENTRY DOOR. THE GARAGE DOOR IS WHITE IN COLOR WITH WHITE

TRIM. THERE IS A LIGHT THAT IS WHITE IN COLOR AFFIXED TO THE SOUTHWEST SIDE OF THE RESIDENCE ABOVE THE GARAGE DOOR. THE FRONT PORCH IS LOCATED BENEATH THE FRONT MAIN ENTRY DOOR AND APPEARS TO BE CONCRETE AND GREY IN COLOR. THE FRONT PORCH IS ACCESSED BY TWO STEPS FROM A WALKWAY THAT LEADS FROM THE DRIVEWAY. THE DRIVEWAY IS LOCATED ON THE SOUTHWEST SIDE OF THE RESIDENCE BETWEEN COSTER ROAD AND THE GARAGE DOOR. THE DRIVEWAY APPEARS TO BE COMPRISED OF GRAVEL. THE FRONT (SOUTHWEST) OF THE RESIDENCE AND FRONT (SOUTHWEST) OF THE PROPERTY OF 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN IS SURROUNDED BY A CHAIN-LINK FENCE. THE CHAIN-LINK FENCE HAS TWO LARGE GATES THAT ALLOWS ACCESS TO THE DRIVEWAY OF THE RESIDENCE AND TO THE PROPERTY OF THE RESIDENCE.



DRIVING DIRECTIONS:

TO TRAVEL TO 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN FROM DOWNTOWN KNOXVILLE, TRAVEL NORTH ON I-275 FROM I-40 AND CONTINUE NORTH I-275 AND I-275 BECOMES I-75. TRAVEL NORTH ON I-75 TO THE MERCHANTS DRIVE EXIT. TAKE THE MERCHANTS DRIVE EXIT AND TURN RIGHT (NORTHEAST) ON MERCHANTS DRIVE. TRAVEL NORTHEAST ON MERCHANTS DRIVE AND MERCHANTS DRIVE BECOMES CEDAR LANE. TRAVEL NORTHEAST ON CEDAR LANE TO ROWAN ROAD. TURN RIGHT (SOUTHEAST) ON ROWAN ROAD AND TRAVEL SOUTHEAST TO HIGHLAND DRIVE. TURN RIGHT (SOUTHWEST) ON HIGHLAND DRIVE AND TRAVEL SOUTHWEST ON HIGHLAND DRIVE TO COSTER ROAD.

**TURN LEFT (SOUTHEAST) ON COSTER ROAD AND 4814 COSTER ROAD IS THE SECOND RESIDENCE ON THE LEFT (NORTHEAST) SIDE OF COSTER ROAD FROM HIGHLAND DRIVE.**



THIS IS A COMPLETE DESCRIPTION OF THE RESIDENCE DESIRED TO BE SEARCHED,
BEING UNDER THE CONTROL OF:
*KENNETH JAMES (ALIAS), JAHMAL TORY (ALIAS), AND JAMIE KITTS (ALAIS)*

AND THERE IS REASON TO BELIEVE THAT THERE IS NOW BEING KEPT ON THE ABOVE DESCRIBED PREMISES CERTAIN PROPERTY, NAMELY QUANTITIES OF **METHAMPHETAMINE**, A SCHEDULE II CONTROLLED SUBSTANCE, WHICH IS OR HAS BEEN USED AS A MEANS OF COMMITTING VIOLATIONS OF TENNESSEE CODE ANNOTATED **39-17-417**, AND **39-12-103** THAT IS, POSSESSION OF A CONTROLLED SUBSTANCE, TO-WIT: **METHAMPHETAMINE**, A SCHEDULE II CONTROLLED SUBSTANCE WITH INTENT TO MANUFACTURE, DELIVER OR SELL SAID CONTROLLED SUBSTANCE, AND CRIMINAL CONSPIRACY.

NOW THEREFORE, YOU, OR EITHER OF YOU IS HEREBY COMMANDED WITH PROPER AND NECESSARY ASSISTANCE, IN THE NAME OF THE STATE OF TENNESSEE, IN THE DAYTIME OR IN THE NIGHTTIME, OR ON SUNDAY, TO FORTHWITH SEARCH THE SAID RESIDENCE, FOR THE PROPERTY SPECIFIED, AND IF THE SAME, OR ANY PART THEREOF SHALL BE FOUND IN SAID RESIDENCE AT **4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN.** THEN YOU ARE AUTHORIZED AND COMMANDED TO SEIZE THE SAME AND TO BRING THE PROPERTY AND ANY PERSON ARRESTED IN CONNECTION THEREWITH BEFORE A MAGISTRATE OR ANY OTHER COURT HAVING JURISDICTION OF THE OFFENSE, TO BE DEALT WITH ACCORDING TO LAW, AND TO FORTHWITH MAKE RETURN OF YOUR DOINGS UPON EXECUTING THIS WARRANT, WHICH YOU ARE HERE COMMANDED TO EXECUTE AS THE LAW DIRECTS WITHIN FIVE DAYS FROM THE DATE HEREOF.

YOU ARE FURTHER COMMANDED, IN THE EVENT THAT YOU SEIZE ANY OF THE SAID PROPERTY HEREINBEFORE DESCRIBED, TO MAKE UP, AT THE TIME AND PLACE OF SEIZURE, A FULL, TRUE AND ITEMIZED LIST AND INVENTORY OF ALL THINGS SEIZED AND TAKEN, IN DUPLICATE, SIGNED BY YOU, AND TO GIVE AND DELIVER THE SAID DUPLICATE COPY THEREOF TO THE PERSON FROM WHOM POSSESSION SHALL BE TAKEN, IF TAKEN FROM THE POSSESSION OF ANYONE, TOGETHER WITH A DUPLICATE COPY OF THIS WARRANT, AND IF NOT TAKEN FROM THE POSSESSION OF ANYONE, THEN TO ANY PERSON IN CHARGE OF SAID RESIDENCE, AND IN THE ABSENCE OF ANY SUCH PERSON, TO LEAVE THE SAME ON OR IN THE SAID RESIDENCE. THE ORIGINAL OF THIS WARRANT, TOGETHER WITH THE ORIGINAL INVENTORY, SHALL BE PROMPTLY RETURNED TO THE ISSUING JUDICIAL MAGISTRATE/JUDGE.

FURTHER ANY PROPERTY SEIZED OR TAKEN SHALL BE IMPOUNDED FOR USE AS EVIDENCE AT ANY TRIAL OR ANY CRIMINAL OR PENAL CAUSE GROWING OUT OF THE HAVING OR POSSESSION OF SAID PROPERTY.

**THIS SEARCH WARRANT IS ISSUED UNDER MY HAND AND SEAL AT KNOXVILLE, KNOX COUNTY, TENNESSEE, AND IT IS DELIVERED AT THE SAME TIME TO INVESTIGATOR SARA MORGAN, AN OFFICER AUTHORIZED TO EXECUTE THIS WARRANT.**

THIS _22_ DAY OF _March_, 2019 AT _4:16_ AM/PM

MAGISTRATE/GENERAL SESSIONS COURT, DIVISION ___1___, KNOX COUNTY, TENNESSEE

THAT THE FACTS ESTABLISHING THE GROUNDS FOR THIS APPLICATION AND THE PROBABLE CAUSE FOR BELIEVING THAT SUCH FACTS EXISTS ARE AS FOLLOWS:

INVESTIGATOR SARA MORGAN, OF THE KNOXVILLE, TENNESSEE POLICE DEPARTMENT, BEING DULY SWORN, DEPOSES AND SAYS THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF:

1.      YOUR AFFIANT, **INVESTIGATOR SARA MORGAN**, HAS BEEN EMPLOYED AS A POLICE OFFICER WITH THE CITY OF KNOXVILLE, TENNESSEE SINCE MAY 2008. YOUR AFFIANT HAS BEEN INVOLVED IN THE FIELD OF LAW ENFORCEMENT FOR MORE THAN TEN YEARS AND IS CURRENTLY ASSIGNED TO THE APPALACHIA HIGH INTENSITY DRUG TRAFFICKING AREA DRUG RELATED DEATH TASK FORCE WITHIN THE CRIMINAL INVESTIGATION DIVISION, ORGANIZED CRIME UNIT, A UNIT THAT IS CHARGED WITH THE INVESTIGATION OF CRIMINAL CONDUCT IN VIOLATION OF THE LAWS OF THE STATE OF TENNESSEE AND OF THE UNITED STATES, CONCERNING CONTROLLED SUBSTANCES, FOCUSING ON ILLEGAL DRUG DEALING THAT RESULTS IN DEATH, AS WELL AS THE INVESTIGATION OF OTHER DRUG OFFENSES, PROSTITUTION, WEAPONS OFFENSES, AND OTHER VICE CRIMES. IN THE PERFORMANCE OF INVESTIGATIVE DUTIES, YOUR AFFIANT HAS CONDUCTED AND PARTICIPATED IN NUMEROUS INVESTIGATIONS INVOLVING WEAPONS AND CONTROLLED SUBSTANCES AND OTHER GENERAL INVESTIGATIONS OF STATE AND FEDERAL LAWS, INCLUDING THE MANUFACTURE, SALE, DISTRIBUTION, IMPORTATION, POSSESSION, AND CONSPIRACY TO POSSESS OR SELL AND DISTRIBUTE VARIOUS CONTROLLED SUBSTANCES. YOUR AFFIANT HAS BEEN TRAINED IN MOBILE FORENSICS THROUGH MSAB TO EXTRACT AND ANALYZE INFORMATION FROM VARIOUS TYPES OF MOBILE DEVICES. YOUR AFFIANT HAS ALSO RECEIVED TRAINING IN APPLYING CELLULAR TECHNOLOGIES TO CRIMINAL INVESTIGATIONS, PROVIDED BY ZETX. YOUR AFFIANT HAS RECEIVED TRAINING IN DRUG IDENTIFICATION AND INVESTIGATIONS IN THE POLICE ACADEMY. AS A RESULT OF THIS TRAINING, PRIOR EXPERIENCE, PREVIOUS CASES WITH WHICH YOUR AFFIANT HAS BEEN INVOLVED, AND BY WORKING WITH OTHER MUNICIPAL, STATE, AND FEDERAL AGENTS, YOUR AFFIANT HAS BECOME FAMILIAR WITH THE METHODS, OPERATIONS AND SCHEMES COMMONLY EMPLOYED BY INDIVIDUALS INVOLVED IN THE VIOLATIONS OF CONTROLLED SUBSTANCE AND WEAPONS STATUTES.

2.      BASED UPON THE AFFIANT'S EXPERIENCE AND TRAINING, YOUR AFFIANT HAS FOUND THE PERSONS WHO TRAFFIC IN AND SELL CONTROLLED SUBSTANCES COMMONLY KEEP AND MAINTAIN IN THEIR RESIDENCES THE FOLLOWING: ILLEGAL DRUGS, PARAPHERNALIA FOR USING, PACKAGING, CUTTING, WEIGHING AND DISTRIBUTING ILLEGAL DRUGS; FIREARMS AND AMMUNITION USED IN THE PROTECTION OF DRUG INTERESTS, BOOKS, RECORDS, RECORDING DEVICES, COMPUTERS AND COMPUTER RECORDS, COMPUTER STORAGE DISCS, CELLULAR TELEPHONES, OTHER COMMUNICATION

DEVICES, AND ELECTRONIC MEMORY STORAGE DEVICES; RECEIPTS, NOTES, LEDGERS, PHOTOGRAPHS, PAPERS, TICKETS, NOTICES, CREDIT CARD RECEIPTS, TRAVEL SCHEDULES, TRAVEL RECEIPTS AND RECORDS, PASSPORTS, AND/OR RECORDS AND OTHER ITEMS RELATING TO TRAVEL AND THE TRANSPORTATION, ORDERING, PURCHASE, FINANCING AND DISTRIBUTION OF ILLEGAL DRUGS; PHOTOGRAPHS, TELEPHONE BOOKS, TELEPHONE RECORDS AND BILLS, PAPERS AND RECORDS REFLECTING NAMES, ADDRESSES AND TELEPHONE NUMBERS OF DRUG CUSTOMERS, ASSOCIATES AND SUPPLIERS AS WELL AS TELEPHONE COMMUNICATIONS TO CO-CONSPIRATORS, DRUG CUSTOMERS AND DRUG SUPPLIERS; MONEY ORDERS, BANK DRAFTS, CASHIERS CHECKS, BANK CHECKS, SAFES, SAFE DEPOSIT KEYS, MONEY WRAPPERS, WIRE TRANSFER APPLICATIONS AND /OR RECEIPTS, FICTITIOUS IDENTIFICATION; ALL OF WHICH EVIDENCE THE OBTAINING, TRANSFERRING AND CONCEALING OF ASSETS ASSOCIATED WITH DRUG TRAFFICKING; UNITED STATES CURRENCY, PRECIOUS METALS, JEWELRY AND FINANCIAL INSTRUMENTS INCLUDING, BUT NOT LIMITED TO, STOCKS AND BONDS, AND VEHICLE REGISTRATION AND TITLE DOCUMENTS EVEN THOUGH THESE ASSETS MAY BE IN NOMINEE NAMES BEING USED BY DRUG TRAFFICKERS CONTINUING TO EXERCISE CONTROL AND DOMINION OVER THEM, WHICH CONSTITUTE THE PROCEEDS OF DRUG TRAFFICKING AND WHICH CONSTITUTE THE OPERATING CAPITAL FOR CONTINUED DRUG TRAFFICKING; ALL OF WHICH CONSTITUTE CONTRABAND PROPERTY DESIGNED OR INTENDED FOR USE OR WHICH IS OR HAS BEEN USED AS A MEANS OF COMMITTING VIOLATIONS OF TENNESSEE CODE ANNOTATED **39-17-417**, AND **39-12-103** THAT IS, POSSESSION OF A CONTROLLED SUBSTANCE, TO-WIT: **METHAMPHETAMINE**, A SCHEDULE II CONTROLLED SUBSTANCE WITH INTENT TO MANUFACTURE, DELIVER OR SELL SAID CONTROLLED SUBSTANCES, AND CRIMINAL CONSPIRACY.

3.    OVER THE PAST TWO MONTHS, YOUR AFFIANT AND OTHER OFFICERS OF THE KNOXVILLE POLICE DEPARTMENT AND MEMBERS OF THE 9TH JUDICIAL DRUG TASK FORCE HAVE BEEN CONDUCTING AN INVESTIGATION INTO THE DISTRIBUTION OF **METHAMPHETAMINE** AND **HEROIN** BY JAMIE KITTS (ALIAS). DURING THE INVESTIGATION THERE MULTIPLE INDIVIDUALS THAT WERE INTERVIEWED THAT STATED THAT **JAMIE KITTS (ALIAS)** HAD BEEN DISTRIBUTING **METHAMPHETAMINE** AND **HEROIN** IN KNOXVILLE, KNOX COUNTY, TN.

4.    DURING THE INVESTIGATION, **AGENT BRENDEN DEBOER** WITH THE **9TH JUDICIAL DRUG TASK FORCE** DEBRIEFED A COOPERATING DEFENDANT IN A PENDING DRUG CASE, HEREAFTER REFERRED TO AS CD1 WHO STATED THAT HE/SHE HAS PURCHASED APPROXIMATELY 20 OUNCES OF METHAMPHETAMINE FROM JAMIE KITTS (ALIAS) OVER A THREE MONTH PERIOD. **CD1** STATED THAT HE/SHE HAS BEEN TO THE RESIDENCE LOCATED AT **4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN** AND PURCHASED **METHAMPHETAMINE** FROM **JAMIE KITTS (ALIAS)**.

5.    DURING THE INVESTIGATION **AGENT BRENDEN DEBOER** WITH THE **9TH JUDICIAL DRUG TASK**

page. 23 of 12

FORCE DEBRIEFED A COOPERATING DEFENDANT IN A PENDING DRUG CASE, HEREAFTER REFERRED TO AS CD2, WHO STATED THAT HE/SHE HAS BEEN PURCHASING **HEROIN** AND **METHAMPHETAMINE** FROM **JAMIE KITTS (ALIAS)** AND THAT HE/SHE MEETS HER CLOSE TO MERCHANTS ROAD OR AT HER HOUSE EVERY DAY. **CD2** STATED THAT THEY HAVE SEEN **JAMIE KITTS (ALIAS)** WITH GALLON SIZE BAGS HALF FULL OF **METHAMPHETAMINE** IN THE PAST. **CD2** STATED THAT **JAMIE KITTS (ALIAS)** LIVES NEAR THE INSKIP MARKET.

6. DURING THE INVESTIGATION, **AGENT SHANE EZELLE** WITH THE 9TH **JUDICIAL DRUG TASK FORCE** DEBRIEFED A COOPERATING DEFENDANT IN A PENDING DRUG CASE, HEREAFTER REFERRED TO AS CD3, WHO STATED THAT HE/SHE HAD BEEN IN THE RESIDENCE AT 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN AND PURCHASED **METHAMPHETAMINE** FROM **JAMIE KITTS (ALIAS)**. **CD3** STATED THAT HE/SHE HAS SEEN LARGE AMOUNTS OF **METHAMPHETAMINE** AND **HEROIN** INSIDE OF THE RESIDENCE IN THE PAST.

7. DURING THE INVESTIGATION THE 9TH JUDICIAL DRUG TASK FORCE CONDUCTED A CONTROLLED BUY OF METHAMPHETAMINE FROM **JAMIE KITTS (ALIAS)** AND CONDUCTED SURVEILLANCE AFTER THE CONTROLLED BUY ON **JAMIE KITTS (ALIAS)**, SHE TRAVELED FROM THE BUY LOCATION TO THE RESIDENCE LOCATED AT 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN

8. ON 02/27/19 INVESTIGATORS WITH THE KNOXVILLE POLICE DEPARTMENT ORGANIZED CRIME UNIT AND AGENTS WITH THE 9TH JUDICIAL DRUG TASK FORCE CONDUCTED A TRASH PULL OF 4814 COSTER ROAD KNOXVILLE, KNOX COUNTY, TN. DURING THE TRASH PULL, INVESTIGATORS DISCOVERED NUMEROUS PLASTIC BAGGIES WITH A CRYSTALLINE RESIDUE TO INCLUDE SMALL ZIP LOCK BAGGIES. ONE OF THE PLASTIC BAGGIES FIELD-TESTED POSITIVE FOR **METHAMPHETAMINE**. THERE WAS A DRUG LEDGER RECOVERED THAT HAD NAMES AND DOLLAR AMOUNTS ON IT. THERE WAS ANOTHER DRUG LEDGER THAT APPEARED TO HAVE NAMES, DRUG AMOUNTS AND DOLLAR AMOUNT FOR THOSE DRUG AMOUNTS. THERE WAS PAPERWORK WITH THE NAME JAHMAL K TORY AND THE ADDRESS OF 4814 COSTER RD KNOXVILLE, TN 37912 RECOVERED IN THE TRASH. THERE WAS PAPERWORK FOR CHANGE OF ADDRESS FOR JAMIE D KITTS IN RECOVERED FROM THE TRASH. THERE WAS A MASTER CARD WITH THE NAME JAMIE D KITTS ON IT RECOVERED FROM THE TRASH.

9. ON 03/20/19 INVESTIGATORS WITH THE KNOXVILLE POLICE DEPARTMENT ORGANIZED CRIME UNIT AND AGENTS WITH THE 9TH JUDICIAL DRUG TASK FORCE CONDUCTED A TRASH PULL OF 4814 **COSTER ROAD KNOXVILLE, KNOX COUNTY, TN.** DURING THE TRASH PULL INVESTIGATORS DISCOVERED NUMEROUS PLASTIC BAGGIES WITH A CRYSTALINE RESIDUE TO INCLUDE SMALL ZIP LOCK BAGGIES. ONE OF THE PLASTIC BAGGIES FIELD-TESTED POSITIVE FOR **METHAMPHETAMINE**. THERE WAS PAPERWORK FOR KENNETH JAMES RECOVERED FROM THE TRASH. THERE WAS MAIL FOR JAHMAL

page # 124 of 12

TORY RECOVERED FROM THE TRASH.

BASED ON THE ABOVE LISTED INFORMATION, OBSERVATIONS AND TRAINING, YOUR AFFIANT HAS PROBABLE CAUSE TO BELIEVE THAT THE AFOREMENTIONED LOCATION TO BE SEARCHED IS BEING USED BY PERSONS IN VIOLATION OF THE LAWS OF THE STATE OF TENNESSEE, PROHIBITING THE SALE AND/OR POSSESSION OF ANY ILLEGAL CONTROLLED SUBSTANCES, AND/OR DANGEROUS DRUGS, TO-WIT: **METHAMPHETAMINE**, A SCHEDULE II CONTROLLED SUBSTANCE, WHICH IS IN VIOLATION OF TENNESSEE STATE STATUTE **39-17-417** AND **39-12-103** THAT IS, POSSESSION OF A CONTROLLED SUBSTANCE, TO-WIT: **METHAMPHETAMINE**, A SCHEDULE II CONTROLLED SUBSTANCE, WITH INTENT TO MANUFACTURE, DELIVER OR SELL SAID CONTROLLED SUBSTANCES, AND CRIMINAL CONSPIRACY.

**THEREOF, THE AFFIANT MAKES THIS AFFIDAVIT AND PRAYS THE ISSUANCE OF A SEARCH WARRANT IN DUE FORM OF LAW FOR THE SEARCH OF THE ABOVE DESCRIBED PREMISES FOR THE SAID PROPERTY, HERETOFORE DESCRIBED, AND FOR THE SEIZURE AND SAFE KEEPING OF THE PROPERTY, SUBJECT TO THE ORDER OF THIS HONORABLE COURT OR SUCH OTHER COURT HAVING JURISDICTION OVER THE OFFENSE, BY THE DULY CONSTITUTED OFFICERS OF THE LAW.**

_____

**AFFIANT (INVESTIGATOR SARA MORGAN)**

SWORN TO AND SUBSCRIBED BEFORE ME THIS 2 DAY OF _March_, 2019 AT _4.14_ AM/PM.

_____

MAGISTRATE/JUDGE, GENERAL SESSIONS COURT, DIVISION ___4___, KNOX COUNTY, TENNESSEE.

# STATE OF TENNESSEE
## NOTICE OF PROPERTY SEIZURE
## AND FORFEITURE OF CONVEYANCES

The property described below has been seized upon the authority of the Tennessee Code Annotated section indicated. Such property shall be subject to forfeiture, sale, destruction or court disposition pursuant to the following provisions and procedures:

☒ **CATEGORY I** — Narcotics and Drug Related (TCA 53-11-201 et seq., 40-33-201 et seq.)(TCA 55-50-506)

☐ **CATEGORY II** — ☐ (a) DUI-Second or Subsequent Conviction (TCA 55-10-401 et seq., 40-33-201 et seq.):
☐ (b) Driving on Revoked Due to DUI (TCA 55-50-504, 40-33-201 et seq.)

☐ **CATEGORY III** — Alteration of Vehicle Identification Numbers (TCA 55-5-108 et seq.)

☐ **CATEGORY IV** — Other (TCA _____)

| | |
|---|---|
| SEIZING AGENCY/DEPT. 9th DTF | AGENCY NO. 0730500 |
| AGENCY ADDRESS 1008 Bradford Way | |
| SEIZING AGENT Jamie Ketner | TELEPHONE NO. 865 3762145 |
| COUNTY OF SEIZURE Loudon | CITY OF SEIZURE London | DATE OF SEIZURE 3-27-19 |

D.O.S. No. 0893-N-2019-E

## PERSON IN POSSESSION AT TIME OF SEIZURE

| NAME Gary Wayne Gibson | Arrested ☐ Yes ☒ No | RACE W | SEX M | DATE OF BIRTH 7-8-79 | DRIVER LICENSE NO. 088097726 ID Only | STATE TN |
|---|---|---|---|---|---|---|
| ADDRESS 283 Foster Road | | CITY Lenoir | STATE TN | ZIP 37771 | TELEPHONE NO. 865-320-2887 | |

## OWNER OF SEIZED PROPERTY

| NAME Troy, Jahmal Kenyatta | Arrested ☒ Yes ☐ No | RACE B | SEX M | DATE OF BIRTH 2/1/75 | DRIVER LICENSE NO. 085258672 | STATE TN |
|---|---|---|---|---|---|---|
| ADDRESS 1504 Lawson Av. | | CITY Knox | STATE TN | ZIP 37917 | TELEPHONE NO. | |

## LIENHOLDER(S)

| NAME Toyota Motor Credit | ADDRESS P.O. 105386 | CITY/STATE/ZIP Alanta, GA. 30348 | TELEPHONE NO. |
|---|---|---|---|

## CONVEYANCE

| YEAR 2012 | MAKE Ford | MODEL F/E | VIN 3FAHP0HA8CR221884 | PLATE NO. 55475T | STATE TN. | MILEAGE 119508 |
|---|---|---|---|---|---|---|

## OTHER PROPERTY / CURRENCY

| DESCRIPTION | TOTAL AMOUNT SEIZED $ |
|---|---|

## DRUGS

| DRUG/SUBSTANCE Crystal meth | AMOUNT (APPROX.) 2 oz |
|---|---|

I certify that the above property was seized for violation of the designated statute. I certify that on the 27th day of March 2019, I have delivered the **original** of this notice of seizure to the above named person from whom the listed property was seized.

Agent/Giver (Print Name) Jamie Ketner      Signature: _____ DSA   Date: 3/27/19

I hereby acknowledge receipt of the seizure notice.
Signature: _____ Trent _____ Date: 3/27/19   Witness: _____ DSB

**CATEGORY I - NARCOTICS RELATED** (TCA 53-11-201 et seq., 40-33-201 et seq.)
The vehicle or other property described above was seized in accordance with TCA 53-11-451, upon reasonable belief that said property was used or intended for use to transport, or in some manner facilitate the sale or receipt of contraband goods or that said property was otherwise used or intended for use in violation of TCA 53-11-451. The vehicle or other property described above will be forfeited and subject to public sale or other lawful disposition after thirty (30) days from notice that a forfeiture warrant has been issued unless any claimant to the seized goods shall file with the Dept. of Safety, Legal Division, 1150 Foster Avenue, Nashville, TN 37243, a claim in writing stating his interest in the seized goods and requesting a hearing pursuant to 40-33-201 et seq. Any claimant shall file with his claim a cost bond in the sum of three hundred fifty dollars ($350.00) payable to the State of Tennessee. Upon affidavit that he or she is unable to bear the costs of the proceeding, such claimant may file in forma pauperis without posting bond. (Claims **must** be received on or before the thirtieth (30th) day; postmarked date is not acceptable. **Failure to request a hearing in a timely manner will result in your losing your interest in the above property.**) ....Title 40, chapter 33, part 2.
TCA 55-50-506 (a)(1) A person who drives a motor vehicle within the entire width between the boundary lines of every way publicly maintained that is open to the use of the public for purposes of vehicular travel, or the premises of any shopping center, manufactured housing complex, apartment house complex, or any other premises frequented by the public at large while in possession of five (5) or more grams of methamphetamine, as scheduled in TCA 39-17-408(d)(2), commits a class B misdemeanor. TCA 55-50-506(d)(1) the vehicle used in commission of a person's violation of this section is subject to seizure and forfeiture in accordance with the procedure established in Title 40, chapter 33, part 2. **This is not a Forfeiture Warrant.**

**CATEGORY II**
☐ (a) DUI-Second or Subsequent Conviction (TCA 55-10-401 et seq. and 40-33-201 et seq.):
☐ (b) Driving on Revoked License Due to DUI (TCA 55-50-504, 40-33-201 et seq.)
The vehicle described above was seized in accordance with TCA 55-10-414/TCA 55-50-504, upon reasonable belief that said property was used in commission of the person's second or subsequent conviction of TCA 55-10-401, or the second or subsequent conviction of any combination of TCA 55-10-401 or of violating a statute in any other state prohibiting driving under the influence of an intoxicant or the vehicle was used in the commission of a person's violation of TCA 55-50-504, when the original suspension or revocation was made for a violation of TCA 55-10-401. The vehicle described above will be subject to forfeiture and public sale or other lawful disposition after thirty (30) days from notice that a forfeiture warrant has been issued unless any claimant to the seized property shall file with the Department of Safety, Legal Division, 1150 Foster Avenue, Nashville, TN 37243, a claim in writing his interest in the seized property and requesting a hearing pursuant to 40-33-201 et seq.. Any claimant shall file with his or her claim a cost bond in the sum of three hundred fifty dollars ($350.00) payable to the State of Tennessee. Upon affidavit that he or she is unable to bear the cost of the proceedings, such claimant may file in forma pauperis without posting bond. (Claims must be received on or before the thirtieth (30th) day; postmarked date is not acceptable. **Failure to request a hearing in a timely manner will result in your losing your interest in the above property.) This is not a Forfeiture Warrant.**

**CATEGORY III - ALTERATIONS OF VEHICLE IDENTIFICATION NUMBERS** (TCA 55-5-108)
The vehicle or component parts listed above have been seized pursuant to Tennessee Code Annotated 55-5-108 by the Criminal Investigations Division of the Department of Safety. Paragraph (b) (1) of TCA 55-5-108 states in part that "any vehicle or component part thereof on which the manufacturer's serial number, identification number, engine number, transmission number or identifying mark has been removed, defaced, covered, altered, destroyed or otherwise rendered unidentifiable is hereby declared to be contraband and subject to forfeiture to the State". TCA 55-5-108 et seq. entitles the seized-from party to an administrative hearing concerning the above property. A written hearing request must be received by this office within ten (10) days of the date of this seizure. Failure to request such a hearing in a timely manner acts as a waiver of your ownership interest in the above property. Send hearing requests to Dept. of Safety, Legal Division, 1150 Foster Avenue, Nashville, TN 37243.
**CATEGORY IV**
Refer to instructions provided by seizing agency for filing a claim on the above property.

RECEIVED APR 10 2019 TN DBL OF S

EXIBIT #5

On 3/27/19 Investigator Jamie Ketner allowed Gary Wayne Gibson to sign the notice of property seizure and forfeiture of conveyances for my vehicle, Then forged my ex-girlfriends name on the paperwork and mailed them to her.

I never Received any paperwork concerning my property or the drugs that was reported to have been found in the vehicle. Why wasn't Gary Wayne Gibson arrested for the drugs?



# STATE OF TENNESSEE
# NOTICE OF FORFEITURE WARRANT HEARING

_2012 / Ford / Fusion / 3FAHPOHARCR221884_

PROPERTY SEIZED / (YR – MAKE – MODEL – VIN NO. if applicable)

_Gary Wayne Gibson_

PERSON IN POSSESSION    OWNER IF NOT PRESENT AT TIME OF SEIZURE

_9th DTF_

SEIZING AGENCY

_3/27/2019_

DATE OF SEIZURE

You are entitled to appear and give testimony and present evidence to contest the issuance of a forfeiture warrant before a judge on:

| Date: _April 3  2019_ | Time: _130_  AM/PM |
|---|---|
| Location: _16030 US-11 Suite 1, Lenoir City, TN 37771 (Truncate)_ |
| [Courthouse, Street Address, and Courtroom (if known)] |

This is a **civil** hearing pursuant to T.C.A. § 40- 33-204(b) to determine only if there is probable cause to issue a forfeiture warrant against the seized property. Under T.C.A. § 40-33-204(b) only the party in possession of the property at the time of its seizure, owner of the property, and the officer from the seizing agency will be afforded an opportunity to give testimony before and present evidence to the judge.

**Failure to appear at the hearing may result in a forfeiture warrant being issued against the property and the property being subject to the forfeiture process set forth in T.C.A § 40-33-201,** _et. seq._ and as stated in the Notice of Property Seizure and Forfeiture of Conveyances (SF-0539).

This hearing shall be under oath and any determination of the Judge shall be final and binding as to the issuance of a forfeiture warrant.

_Gary Wayne Gibson_

Person in Possession

_James _____    9th DTF_

Seizing Officer/Agency

_3/27/2019_

Date

**Notice of Property Seizure and Forfeiture of Conveyances (SF-0539) should be attached**

SF-1510 (Rev. 7/18)    RDA 1256

EXIBIT (#6)

I never Received any paperwork to be able to Recover my vehicle. These papers was mailed to Kate Trent after the date of the hearing.

## V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

I request that criminal charges be placed against the officials involved, along with proper and justified reprimandation accrued to each individual involved according to the depth of their involvement. I require as well compensation for my injuries they have inflicted against my person and my property.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ 17 _____ day of ___ March ___, 20 20



_____
Signature of plaintiff(s)



3/17/20

5

Jahmal Tory 67459

132 Cotton Drive

Ocilla, Ga. 31774



Irwin County Detention
Ocilla, Georgia
This letter is being mailed to
Inmate/Detainee of this facility. The
Administration has not reviewed the
contents. I.C.D.C. does not assume
Responsibility for the
written contents

Eastern District of Tennessee

Office of

Clerk, United States District Court

800 Market St, Suite 130

Knoxville, Tn. 37902

INSPECTED

RECEIVED
MAR 23 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville